IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

v.

FESTUS IKPETE

05-20131-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on _May 3, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Alexander Akpodiete_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 31:5332; 18:1001;

U. S. Attorney assigned to Case: F. Godwin

Age:

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20131 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

Alexander Osondu Akpodiete
LAW OFFICE OF ALEXANDER AKOPDIETE
2202 N. Westshore Blvd
Ste 200
Tampa, FL 33607

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT