05 MAY -3 PM 3:5_

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE

Case No. *05-20131*

UNITED STATES OF AMERICA,

   Plaintiff,

v.

FESTUS IKPETE,

   Defendant.

_____/

## ORDER OF ADMISSION OF ALEXANDER OSONDU AKPODETE *PRO HAC VICE*

IT IS HEREBY ORDERED that the Application for Admission *Pro Hac Vice* on behalf of Alexander Osondu Akpodiete is GRANTED. Counsel is specially admitted to represented Defendant FESTUS IKPETE in this matter.

SO ORDERED, this 3rd day of May, 2005.

_____
The Honorable ~~Samuel Mays~~ Duane K. Vescovo
UNITED STATES ~~DISTRICT~~ JUDGE Magistrate
WESTERN DISTRICT OF TENNESSEE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-4-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20131 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Alexander Osondu Akpodiete
LAW OFFICE OF ALEXANDER AKOPDIETE
2202 N. Westshore Blvd
Ste 200
Tampa, FL 33607

Honorable Samuel Mays
US DISTRICT COURT