IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C

05 JUN 13 PM 5:3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CR. NO. 05-20131-Ma |
| FESTUS IKPETE, | ) ) ) | |
| Defendant. | ) | |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause came on for a report date on May 31, 2005. Government counsel requested a continuance of the present trial date in order to allow for additional preparation in the case. Defense counsel consented to the continuance.

The Court granted the request and continued the trial to the rotation docket beginning August 1, 2005 at 9:30 a.m., with a report date of Friday, July 22, 2005 at 2:00 p.m.

The period from May 31, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this 13th day of June, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-15-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20131 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Alexander Osondu Akpodiete
LAW OFFICE OF ALEXANDER AKOPDIETE
2202 N. Westshore Blvd
Ste 200
Tampa, FL 33607

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT