IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20131-Ma

FESTUS IKPETE,

    Defendant.

---

ORDER WAIVING APPEARANCE AT REPORT DATE

---

Before the court is the November 18, 2005, motion of defendant Festus Ikpete, to waive his appearance at the report date on December 23, 2005.

The defendant's signed waiver of appearance was filed with the motion. For good cause shown, Festus Ikpete's appearance is waived at the report date set on December 23, 2005, based on his written waiver.

It is so ORDERED this 21st day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CR-20131 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Alexander Osondu Akpodiete
LAW OFFICE OF ALEXANDER AKOPDIETE
2202 N. Westshore Blvd
Ste 200
Tampa, FL 33607

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT