IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 AM 7:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20131-Ma |
| ) | |
| FESTUS IKPETE, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on October 28, 2005. Defense requested a continuance in order to allow for additional time to prepare.

The Court granted the request and continued the trial to the rotation docket beginning Tuesday, January 3, 2006 at 9:30 a.m. with a report date of Friday, December 23, 2005 at 2:00 p.m.

The period from October 28, 2005 through January 13, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this ___2d___ day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __12-9-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20131 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Alexander Osondu Akpodiete
LAW OFFICE OF ALEXANDER AKOPDIETE
2202 N. Westshore Blvd
Ste 200
Tampa, FL 33607

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT